UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NATANAEL DE LA ROSA, individually and in behalf of all other persons similarly situated,

                      Plaintiff,

    v.

TECH NETWORK, INC.

                      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Civil Action No.:
2:24-CV-08356 (KAM)(LGD)

# DEFENDANT'S OFFER OF JUDGMENT UNDER
# RULE 68 OF THE FEDERAL RULES OF CIVIL PROCEDURE

TO:    Alexander M. White
        Valli Kane & Vagnini LLP
        600 Old Country Road, Suite 519
        Garden City, New York 11530
        awhite@vkv.law

Pursuant to Rule 68 of the Federal Rules of Civil Procedure and Rule 3221 of the Civil Practice Law and Rules, Tech Network, Inc. ("Defendant") makes the following offer of judgment in exchange for a full and final release of all claims and causes of action which Plaintiff Natanael De La Rosa ("Plaintiff") has brought in the above-styled and numbered lawsuit, inclusive of all claims arising under FLSA and the NYLL and all claims for penalties and minimum/overtime wages allegedly unpaid, or otherwise (the "Action"):

Judgment entered against Defendant wherein Defendant shall pay to Plaintiff the sum of $15,750.00 inclusive of all attorneys' fees and costs to be paid within ten business days after an entry of judgment is filed.

This offer of judgment is made for the purposes served by and/or specified in Rule 68 of the Federal Rules of Civil Procedure and is not and shall not be deemed nor construed as an admission that Defendant is liable in this action or that Plaintiff has suffered any damages, such

liability, and damages remain in dispute and are expressly denied. This offer of judgment is expressly conditioned upon dismissal with prejudice of all claims against Defendant.

If Plaintiff does not accept this offer within 14 days of service, it shall be deemed withdrawn, and Plaintiff must pay Defendant's costs incurred after the making of this offer in the event that he does not recover a judgment that is more favorable than this offer of judgment pursuant to Rule 68(d) of the Federal Rules of Civil Procedure.

Dated: Feburary 11, 2025

Respectfully submitted,

/s/ *Gregg Salka*
Gregg H. Salka, Esq.
Salka Law LLC
One University Plaza, Suite 516
Hackensack, New Jersey 07601
Phone:    (201) 880-6220
Facsimile: (201) 882-6065
ghs@salkalaw.com

**ATTORNEYS FOR DEFENDANT**

**ACCEPTED AND AGREED:**

/s/ _____
Alexander M. White, Esq.
Valli Kane & Vagnini LLP
600 Old Country Road, Suite 519
Garden City, New York 11530
(T): (516) 203-7180
(E): awhite@vkv.law

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that on February 11, 2025, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court for the United States District Court for the Eastern District of New York using the electronic case filing system of the Court. I hereby certify that I have served all counsel of record electronically or by other manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ *Gregg Salka*
Gregg H. Salka, Esq.
Salka Law LLC
One University Plaza, Suite 516
Hackensack, New Jersey 07601
Phone: (201) 880-6220
Facsimile: (201) 882-6065
ghs@salkalaw.com

**ATTORNEYS FOR DEFENDANT**