**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
NATANAEL DE LA ROSA, individually and on
behalf of all other persons similarly situated,

                Plaintiff,

    - against -                                     **JUDGMENT**
                                                             CV 24-8356 (SJB) (LGD)

TECH NETWORK, INC.,

                Defendant.
-----------------------------------------------------------------X

A Notice of Acceptance of Offer of Judgment having filed by Plaintiff on February 20, 2025, accepting Defendant's February 11, 2025 offer to allow judgment against it in the amount of $15,750.00, inclusive of all attorneys' fees and costs it is

**ORDERED AND ADJUDGED** that judgment is entered in in favor of Plaintiff Natanael De La Rosa against Defendant Tech Network, Inc., in the amount of $15,750.00, inclusive of all attorneys' fees and costs; and that this case is closed.

Dated: February 26, 2025
        Central Islip, New York

                                                              BRENNA B. MAHONEY
                                                              CLERK OF COURT

                                            By:    /s/ James J. Toritto
                                                          Deputy Clerk